NO CV-30



LODGED
CLERK, U.S. DISTRICT COURT
9/14/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

**THOMAS E ANDREWS,** In Pro Se
Reg. No: 24601-081
3705 W. Farm Rd.
Lompoc, CA 93436
Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E ANDREWS,** an individual, **THOMAS EARL ANDREWS,** an individual, **MADISON L. ANDREWS,** an individual, **DOES 1** through **10,**    Plaintiffs, <br><br> Vs. <br><br> **RUTHELLEN A. SHEFLIN,** an individual, <br><br> **KATIE BROWN,** an individual, **CHRIS NELSON,** an individual, **ALYSSA NELSON,** an individual, **CHRISTEN MARTINEZ,** an individual, **MATTHEW J. MICHALSKI,** a deceased individual, **MATTHEW J MICHALSKI ESTATE,** a California Estate, **MARGE MICHALSKI,** excutrix of the Estate of Matthew J. Michalski, in her capacity, **DOES 1** through **10, ROES 1** through **10,**    Defendants. | **SACV20-1760** <br><br> Judge: <br><br> Magistrate Judge: |

**COMES NOW,** Plaintiffs, Thomas E Andrews ("Tom"), Thomas Earl Andrews ("Earl"), Madison L. Andrews ("Madie"), all individually and all in Pro Se (collectively to be known herein as "Plaintiffs"), who files this Complaint for damages and other relief and support thereof, and the following:

I
JURISDICTION

1. This Court has subject matter jurisdiction over this action under 28 U.S.C §1372, for reasons that follow and at all times relevant to the allegations and conduct herein:

   A. Plaintiff Thomas E Andrews, is a citizen of the State of California.

   B. Plaintiff Thomas Earl Andrews, is a citizen of the State of Utah.

1

   C. Plaintiff Madison L. Andrews, is a citizen of the State of Utah.

   D. Defendant Chris Martinez, is a citizen of the State of California.

   E. Defendant Katie Brown, is a citizen of the State of California.

   F. Defendant Chris Nelson, is a citizen of the State of California.

   G. Defendant Alyssa Nelson, is a citizen of the State of California.

   H. Defendant Matthew J Michalski, was is citizen of the State of California.

   I. Defendant The Matthew J. Michalski Estate, is a Estate governed under
   the laws of California.

   J. Defendant Marge Michalski, is the excutrix of the Estate of Mathew J.
   Michalski, which is governed under the laws of the State of California,
   and is a citizen of the State of Massachusetts.

For the purposes of the said action collectively to be know herein as the "Defendants
and each of them".

2. This Court has jurisdiction over this matter of this action pursuant to
28 U.S.C. §1332 (a)(1) in that the matter in controversy exceeds the sum of
$75,000.00, exclusive of interests and cost and there is a diversity between
the Plaintiffs and the Defendants.

3. The venue is proper because the amount in controversy exceeds the statutory
requirement according to trial, and the debt originated in the jurisdiction.

//

//

//

//

                              (left blank)


//

//

2

### GENERAL ALLEGATIONS

4. in December of 2013, Defendant Ruthellen A. Sheflin ("Ruth") began dating Tom and subsequently thereafter married Tom, on February 8, 2014. Around 2002 Earl opened an account with Cyprus Credit Union in the State of Utah. The only authorized signatory on the account was Earl. The account could be accessed by a check being written in the account. In July of 2004, Earl added Tom to the said account, with joint tenants with rights survivor.

5. Starting on January of 2014, Ruth, wrongfully and without permission from Earl and Tom, wrote checks from the account for her sole benefit in the amount of a sum total of $25,300.00 for that year in 2014. Plaintiffs, through tracing have found that the wrongfully taken sums were deposited in to a joint account, which Defendant Matthew J. Michalski ("Matt") and Ruthellen Michalski Sheflin are the owners of at Wellsfargo Bank. Matt passed away in July of 2018 and the said accounts would now be part of the Matthew J. Michalski Estate, that Defendant Mrs. Marge Michalski is the excutrix thereof (collectively to be known herein as the "MJM Estate").

6. Thereafter, in 2015 · Ruth wrote additional checks drawn from the account for her sole benefit in the amount of a sum total of $80,000.00 for the year of 2015. Again, the checks where deposited in to a joint checking account of Matthew J. Michalski and Ruthellen Michalski Sheflin, at Wellsfargo Bank, as evidenced on the endorsements of said checks. It is not a mystery to the Defendants, that Matt was on a fixed retirement income from the Santa Ana Police Force and as such a fixed monthly payment. Also at time Ruth was unemployed. Therefore, the deposits could have not gone unnoticed by the Defendants on the monthly statements.

7. All Checks were written by Ruth's hand and/or made payable to her, signed by her and cashed by Ruth, without the knowledge or permission of Earl and/or Tom.

8. In April of 2015, Ruth was asked to move out of Tom's house as a result

3

incident that both Tom and Plaintiff Madison L. Andrews ("Madie") made calls
to Police (see Holladay City Court Docket, State of Utah v. Ruthellen Sheflin
(Utah 2015)). It resulted in Ruth, receiving charges and subsequently getting
put on probation for; Domestic Violence in front of Minor Children and Substance
Abuse in Association to the charge. Ruth, in a effort to move back in with
Tom, made the misrepresentations to, therapist Mark Wisman, which she was pregnant
with Tom's child and ask Mr. Wisman to inform him to call her. As a result
Tom had Ruth move back in. However, it was discovered that Ruth was a carrier
of H.P.V. virus. This fact was discovered by Tom's medical blood work that
was done. Tom confronted and Ruth reviled the fact that she did have it and
passed it to Tom and that she "might not be able to have children and was not
in fact pregnant."

9. Earl was incarcerated in the Utah State Prison from July of 2005 until June
of 2017. It was after his release, that Earl and Tom discovered Ruth had wrongfully
taken a sum of $105,300.00 from his account without his or Tom's permission
or consent. Additionally, Earl discovered the fact that Ruth was on informal
probation with the charges against her for the April 2015 incident. Earl confronted
Ruth. Ruth orally agreed to pay Earl back the funds from an upcoming expectancy
from her soon to be passing step-father's estate, that was holding her deceased
mother's Robin Michalski Estate ("Robin"). The oral agreement was memorized
by a letter outlining the agreement and terms set forth and was mailed to Ruth
on or about January 8, 2018. Therefor, it was the clear and unmistakable intention
of Earl and Tom to be paid back the sums of money that where wrongfully taken
by Ruth's actions. A true and correct copy of the wrongfully taken checks are
attached hereto and hereby incorporated as of this reference as Exhibit "1".

lo. Plaintiffs are informed and believe that on or about Janaury 20, 2018,
Ruth was terminated for allegations of wrongfully misappropriating company
funds at Brinker International Corp.

11. At this time Tom was serving a sentence at Lompoc Federal Camp. In an effort

4

to help his daughter-in-law when she was fired from her job, Earl agreed to advance funds from the upcoming expectancy from the MJM Estate. This oral agreement was memorialized by a letter outlining the agreement and terms to Ruth, dated February 15, 2018.

12. The funds advanced paid for, including, but not limited to the following: Cell phone bills, real estate appraisal school, real estate licenses, rent, auto insurance, credit card bills, V.W. lease payments, New 2019 Chevy Colorado Z71, truck payments, 2017 Ram 2500, household food expense, travel and entertainment and other expenses which Ruth did take for her own use and enjoyment. All Funds advanced from February of 2018 through June of 2020. Ruth agreed orally to repay the funds from the upcoming expectancy from the MJM Estate and referenced in Earl's letter dated February 15, 2018, that outlined the said terms. The sum total of funds advanced is $110,321.32. Therefor, it was the clear and unmistakable intention of Earl to be paid back the sums of money advanced to Ruth.

13. In July of 2018, Madie, purchased Ruth's 2014 Toyota Corolla S. The terms agreed to were as follows; Maide would take the car subject to the existing debt agreement  over the next 39 months and receive title to the car when the existing debt obligation was paid in full. A true and correct copy of the bill of the bills of sale is attached hereto and hereby incorporated by this reference as Exhibit "2".

14. On or about November 21, 2018, the car was in a accident that resulted in a total loss of the Car.

15. On or about January 23, 2019, the insurance company forwarded to Ruth a check for a sum total around $6,380.00, which, represented the equity value after the note to Toyota Financial was paid in full. As of the date of this filling, Ruth has not paid Madie for the value of the car that was rightfully sold to her. As a result of Ruth's actions, Madie has not been made whole and has been damaged.

5

16. Additionally, there were certain service contracts and extended warranties, that were conceded as a result of the loss of the vehicle. On information received and believed to be true, Ruth received a check for a sum total of $1,200.00 for Lancar Inc. This payout was representing the cancellation of said contracts. As of the date of the filing, Ruth has not paid Madie for the full value of the car was right full sold to her.

17. On July 21, 2019, Earl sent a letter to Ruth with regards to the rent that was benign paid at 19262 Brea Glen, Santa Ana, CA 92705 ("Brea Glen") This letter was prompted by Ruth informing Earl that the rent had gone up. Earl informed Ruth, that Tom would be getting out in about the next 18 months for home confinement and would need a home. This changing of the said terms in the agreement was memorized in a letter dated that same day and sent to Ruth, along with a copy going to the owner of the said property, Defendant Chris Martinez. A true and correct copy of the rent letter sent to the Defendants is attached hereto and hereby incorporated as Exhibit "3".

18. Over the spring of 2019, it had been discovered that Matt did not handle, Robins Machslski Estate properly with Ruth's best interest in mind. This gross negligence has been brought to the attention of the MJM Estate. This following is a summery of what was found; Robin had sold her home and moved in with Matt and subsequently married Matt. Matt along with Robins only child out grew the town home in Tustin. Robin and Matt found a new home for the family at 12832 Malena Dr. Santa Ana, CA 92705 ("Malena Home"). Robin and Matt setup the Matthew J. Michalski and Robin Machalski Trust and rightfully put the town home in to the said trust. Then bought Malena Home using funds of Robin to pay for 45% of the down payment of the said new home. As usual the home was mortgaged and the title was setup by the third party purchase as joint tents on the deed, with the last step missing to put the Malena Home in to the trust. Robin passed away 9 months later after the home was purchased. Matt's Malice of forethought, knowing that this misrepresentation on title was not fixed, has been manifest

6

with the same story been told by Ruth and Matt, to Tom and Earl. The California

Supreme Court ruling in Valli v. Valli (in re Marriage of Vailli), 58 Cal.

4th 1396, 1400, 171 Cal. Rptr. 3d 454, 324, P. 3d 274 (2014) constitutes "reasoned"

ditca under California Law, the community property presumption embodies in

California Family Code § 7605 generally trumps the record of title presumption

found in California Evidence Code §662.6. This rule applies not only in marital

dissolution proceedings, but also in other contexts. The Federal Courts in

the Ninth Circuit have held this line in applying the ruling to other context.

Therefor, Matts gross Negligences to not probate Robins Estate with regards

to Robins halve of the said community property in to the Trust for her only

blood relative Ruth. All of this was brought up to the MJM Estate by Notice

in the form of a letter. Soon after it was brought to the attention of the

MJM estate, the MJM estate again with malice of forethought, sold the Malena

Home only to further perpetrate a gross injustice of equity on Ruth. The breaching

of duties on the part of the MJM estate will only continue in the coming months

by Defendant Marge Michalksi ("Marge"). A true and correct copy of the abstracts

of records to support the above statements is attached hereto and hereby incorporated

as Exhibit "4".

19. On or about October 24, 2019, Earl had a meeting with Ruth in Santa Ana

California, related to the MJM estate as out lined in Section 18 of the General

Allegations. At the meeting Ruth signed paperwork for the MJM estate case.

As Earl had Ruth sign a formal agreement for the wrongfully taken funds

and the money advanced, along with a contract for the rental home at Brea Glen.

This signed agreement had certain clauses for Ruth, that has now been breached.

20. On or about February 24, 2020, Ruth posted on social media a photo, that

was in violation and a contradiction to all the signed agreements, along with

a Affidavit which Ruth had typed up her self less then 30 days before this

posting. The Posting was discovered, embarrassingly so, by one of Earl's clients.

Subsequently, the posting was of Ruth making a statement that she was "on a

date" and "date night", with Defendant Chris Nelson, at a local bar drinking.
Therefor, the Defendants, with malice of forethought had just breach the agreements,
along with Tom's premarital agreement. Earl thought, it might be best to make
a reasonable inquiry about the posting along with the photo, to have some clarity
of the said event. The inquiry was a simple forwarding of the massage as follows:
"Ruth, had a client in Salt Lake City send this photo to me, who's the guy?
Please let me know and also I need that tax information [...]. The message
when on to talk about Ruth's personal Tax Return. However, Ruth did not reposnd
to the question. Therefor, it was at this point, which, Ruth and the Defendants,
undertook wrongful actions, including but not limited to, conversion of personal
property of the Plaintiffs, breach rental a rental agreement, hiding funds wrongfully
taken funds by Ruth. All the time, with malice of forethought, to make
misrepresentations of facts to the Plaintiffs. A true and correct copy of the
said posting on-line of the "date" with Defendant Chris Nelson out drinking,
is attached hereto and hereby incorporated as Exhibit "5".

21. On or about March 29, 2020, Ruth having given to Earl conformation, that
her expectancy would be forthcoming from the MJM Estate, along with economic
down turn do to COVID-19. Earl and Ruth received a loan to pay the rent on
Brea Glen, along with Ruth's other expenses. At no point did Ruth tell Earl
that she had moved out of Brea Glen, but on the contrary, she still asked for
$2,000.00 a month in Rent. Additionally, Earl asked Ruth if the house had the
land line that Tom had put in for home confinement? Ruth answered with simple,
"yes". Earl started to use this loan to pay Ruth's bills under the auspices
of the agreement under the terms, with the thinking that Ruth would do no harm.
However, the Defendants at this point in time knew or should have known of
the wrongful actions undertaken against the Plaintiffs.

22. On June 07, 2020, the U.S. Office of Probation ("USOP") had verified, Ruth
was not living at Brea Glen, as she had represented to the Plaintiffs. Ruth
would not tell the Plaintiffs were she was living, were the Plaintiffs personal

property was at.

22. The Defendants, collected the rent under misrepresentations for over (4) months. The Defendants, also wrongfully termination of the month to month rental agreement by not giving the required by statute (30) days Notice in writing, thereby breaching the agreement (Cal. Civ. Code §§1946, 789).

23. On or about June 29, 2020, all of the actions were fully discovered as to the conspired wrongful act's undertaken by the Defendants. Resulting in a cover up to, convert personal property and wrongfully taken funds by Ruth. Earl sent a preliminary billing for the loan balance of a sum around $78,000.00. This billing did not included the 2019 Chevy Colorado Z71 for the $43,500.00 in cash that was paid of the said truck. It did not include the new $31,000.00 loan on the said truck that was taken out (18) months after Ruth's exclusive use of the truck, for Ruths living expense's. At the time the Plaintiffs had no reasons to bill for the other personal property, as it was reasonably thought that Ruth would return said property. No objections were raised by Ruth to the mailed billing.

24. A updated billing was then sent on July 6, 2020. Ruth was informed she would no longer be having the advancement and would need to pay her bills on her own. Additionally, a Notice, in the form of a letter was sent to Defendant Chris Martinez for the wrongful termination and breach of the Rental agreement.

25. Earl not filling well at this time, was on a phone call with his daughter, Carolin Quist ("Carolin") and asked for her help. Carolin undertook to helping Earl, in a phone call with Ruth on or about July 8, 2020. On this call, Ruth admitted, again, to owing sums of money due to Earl. At the time, Ruth made statements, that she would forward paperwork to Carolin via email. As of the date of this filing Ruth has still not forward this "paperwork" to Carolin.

26. On July 31, 2020, a Notice in the form of a letter was sent to Marge and the MJM Estate. This Notice let the MJM Estate know of the wrongfully taken sums

9

and personal property and that Ruth had pledged sums of her expectancy for the debts owned to the Plaintiffs (Cal Probate Code § 15301 (b)). A true and correct copy of the July 31, 2020 Notice is attached hereto and hereby incorporated as of this reference as Exhibit "6".

27. On August 7, 2020, Tom Sent a email to Ruth asking about the bank accounts, that, she was on. Tom also ask Ruth to setup a time to talk over the phone. Ruth would not setup a time to talk or disclose were certain funds of Earl where at.

28. On August 10, 2020, Plaintiffs sent a new Notice in the form of a letter to the MJM Estate and the California Probate Court in Orange County. This Notice put the Estate and the Court on Notice of the discovery, which, wrongfully taken sums of money had been deposited in to a joint account in the name of Matthew J.  Michalski and Ruthellen Michalski Sheflin at Wellsfargo Bank. The Plaintiffs made a reasonable request for the Estate to disgorge it's self the funds by way to "stipulate to depositing a sum tot aling $250,000.00 in to the Federal Court Investment Registry to cover claims against, Ruthellen Shelfin, for her misconducts and other allegations in the Complaint [..]" (Cal. Civ. Code §2224, Cal. Probate Code §15301 (b)). As of the date of this filing the MJM Estate has not responded to our request to remove funds by way of fraudulent actions as it would be the prudent duty of Marge. Marge is breaching her duties to all the remaining beneficences by her gross negligence.

A true and correct copy of the New Notice is attached hereto and hereby incorporated as of this reference as Exhibit "7".

29. On August 14, Tom sent emails to Ruth, again asking for a time to setup a phone call "to talk about things related to my Dad". Additionally, Tom asked for a physical address for Ruth and to know were the personal property is at. Was it at Katie Browns house, Chirs Nelson's, Mr & Mrs Brown's House, Alyssa Brown's house, Mr. & Mrs. Nelson's house? Again no responses from Ruth.

31. On August 21, 2020, Ruth responded she was in "unemployment right now",

1 0

but I go back to work Sunday".

32. Over August 22 thourgh the 31 of 2020, Ruth stated to respond to some of Tom's questions and concerns as follows:

−Tom 8/22/2020

"Did you pay the truck put of your own funds or did it auto pay out of Mt. America C.U.?" "Are you paying the insurance or is it auto paying out of Mt. America?".

−Ruth 8/23/2020

"I paid it with my money"

−Tom 8/23/2020

"I know that it will be asked about "your money". So I will cut to the chase, please send me copy's of the payments [...]". Again, Ruth has not sent the information or responded to the request for the source of funds to make the said payments, that total a sum over $800.00 a month, all well still not having a full time job after all these years. **RUTH** does make a salient statement of fact; **"I don't have any checks I don't think I am on any accounts. If I am I haven't spent and money from them".** Tom then emailed Ruth after her shocking misstatements of fact the following: −Tom 8/24/2020 "Ruth it looks like you are on, NAVY CU, MT. AMERICA, not ZIONS BANK, CASH VALLEY BANK, CYPRUS CU. Dose that sound right? Ruth again did not respond to the question. But, back on August 7, 2020, Ruth made a statement as follows: "He (Earl) is on a navy federal account with me but that's not where **any of his** (Earls) **money goes** that is just **mine**". It can be shown Earl would send money from including, but not limited to some of the following banks to this Navy CU account; Mt. America and Zions Bank. One such example is on April 11, 2019, Earl deposited in to the Navy C.U. a check that was a portion of Tom's mother's estate, that was for Tom. Notwithstanding, Ruth used these funds for her own use and enjoyment. Earl added this to the advancement upon discovery a sum totaling $15,932.00 in less then (45) days was use by Ruth. A true and correct copies of not only

11

the check showing it was for Tom's and the print out showing Ruth's spending of the funds is attached hereto and hereby incorporated as of this reference as Exhibit "8". Additionally, the emails from Tom and Ruth for the month of August 1-31, 2020 is attached hereto and hereby incorporated as of this reference as Exhibit "9".

33. On August 28, 2020, Tom emailed Ruth again trying to find out were the trucks were at, along with were personal property was located at. Why, Ruth had moved out and no notification was given in writing (30) days before the move. Lastly, to ask for information as to the Defendants involvement in talking of personal property. This is the limited answers Ruth emailed Tom back to the questions. Of note: Plaintiffs apologist to the Court and all parties in advance for the language of Ruth, however, it is germane to the case the statements; "I don't live at aunt Chris's house (Brea Glen) I have not there at <u>all</u>. ... My stuff is in storage if you must know. I don't know what fucking information you are talking about. Go ahead sue me it you have other better todo ... was out of the <u>**COUNTRY.**</u> Also lost my job and my cell phone was shut off.

34. By virtue of the Defendants, and each of them, actions and failure to fulfill on the terms of the agreements, conversion of personal property, along with breaching of fiduciary duties, fraudulent misrepresentations, wrongful acts undertaken, the Plaintiffs have been damaged by direct and approximate cause and continue to be damaged. The Plaintiffs ask that this Court grant damages according to proof at time of trial.

**FIRST CAUSE OF ACTION**
**FRAUD AND MISREPRESENTATIONS, AS TO ALL DEFENDANTS**

35. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 35 of the General Allegations as though fully set forth herein and further allege as follows;

36. Ruth made representation to Wellsfargo Bank, that she was entitled to take funds from Cypus C.U. by writing checks by her hand and/or wrongfully

1 2

endorsing checks for sums to be negotiated at her Wellsfargo joint Bank account
with her step-father Matt. Ruth knew or should have known that the actions
taken where false, knowing Wellsfargo Bank had insufficient knowledge, which
to base such a representation, that only purpose was to have Wellsfargo Bank
take funds from the Plaintiffs account and acting reasonably, Wellsfargo Bank
did rely upon it and was thereby induced to act by Ruth to the Plaintiffs determent
of wrongfully taken sums of money.

37. Ruth using, her, special confidential relationship, made representations
to Earl and Tom, that funds taken at Cypus C.U. would be paid back by sums
received from the MJM Estate. Ruth knew or should have known, that her actions
where false at the time she made the representations and that she only made
said representations for the only purpose, was to have Earl not take criminal
action against her. Earl reasonably did rely upon the said statements and was
thereby induced to act as evidenced in the memorandum of understanding. As
a result of Ruth's faults statements, Earl loss his leverage and said sums
taken by Ruth, that where deposited in to the MJM Estate.

38. Ruth using her, special confidential relationship, made representations
to Earl that the funds to be advanced where a loan to her. Ruth made statements
including but not limited to; certain rents, which where being paid for at
Brea Glen, for a sum of $2,000.00 a month, along with statements for all her
living expresses for her life stile and personal use and benefit, "would be
repaid" by Ruth's upcoming expectancy from the MJM Estate. On or about February
of 2020, with out the knowledge of Plaintiffs, or in writing, Ruth moved and
did not give a forwarding address. This was only after the posting of her "date"
was found on line. Only when Ruth found out that Tom would be coming home,
did Ruth disclose that she had moved to some unknown location. Ruth has made
statements of which, " I don't live at aunt Chris's house (Brea Glen) I have
not been there at all" "was out of the Country". Records will show that Ruth
and the Defendants where out of the County and might still be, based on information

1 3

received by the Plaintiffs and believed to be true. Defendants, and each of them, knew or should have known that the Plaintiffs would have insufficient knowledge, which to base such a representation for the sums advanced and personal property to Ruth, that the only purpose was to have Earl loan funds and personal property to Ruth, and the Defendants, and acting reasonable, Earl did rely upon it and was thereby induced to act by her to Earls determent of a loss of funds and personal property along with leverage to be paid back.

39. Ruth, using her special confidential relationship, made representations to Madie about the selling of the Toyota. Ruth knew or should have known where false, knowing Madie had insufficient knowledge about said insurance proceeds paid to Ruth for the car. Based on such a representation, that the only purpose was to keep the insurance for Ruth's own personal use and benefit and acting reasonably Madie believing that her stepmother would do no harm, as a person holding a special relationship, believed Ruth's statements and did rely upon it and was thereby induced to act by Ruth to the determent of lost of funds due to Madie.

40. The Defendants, and each of them, made representations to Plaintiffs with regards to personal property, that included, but not limited to; Family heirlooms, autos, computers, Iphones, backup hard drives and other sundry items. Defendants, and each of them, knew or should have know that the actions their actions to take care of the said items, along with the said return where false, knowing the Plaintiffs had insufficient knowledge, which to base such a representation, that the only purpose was to have the Plaintiffs let Ruth use said items. Acting reasonable Plaintiffs did rely upon it and was thereby induced to act by Ruth to the Plaintiffs determent to loses of said items by the Defendants, and each of them, actions undertaken to convert, said items to their own personal use and enjoyment.

//

41. By virtue of the Defendants, and each of them, actions and failures, Plaintiffs were damaged and continue to be damaged by the Defendants, and each of them. Plaintiffs, seek actual and punitive damages according to proof at trail.

**SECOND CAUSE OF ACTION**
**BREACH OF CONTRACT AS TO RUTH**

42. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

43. On January 7, 2018, an oral agreement was entered into for the repayment of the wrongfully taken funds, that Ruth used for her sole benefit. The agreement was memorialized by a letter sent to Ruth outlining the terms of the agreement of the following:

   A. Ruth would pay back the wrongfully taken funds a sum total of $105,300.00.

   B. No interest if paid in one year from the date of the letter. If not paid within the year, then interest would start to accrue at a rate of 5% per year until paid in full

   C. The agreement contemplated a settlement for repayment from funds at a later date. Funds would be received from the expectancy. It was agreed that the funds would be paid to the Andrews Children's Trust.

44. By virtue of Ruth's actions and failure to fulfill on the terms of the agreements, the Plaintiffs have been damaged and continue to be damaged. The Plaintiff's ask that Ruth specifically preform on the terms of the agreement or in the alternative for damages according to proof at time of trial.

**THIRD CAUSE OF ACTION**
**BREACH OF CONTRACT AS TO RUTH**

45. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

46. On February 15, 2018, an oral agreement was entered into for funds to be advanced to Ruth. The agreement was memorialized by a letter sent to Ruth outlining

15

the terms agreement of the following:

A. Ruth would be advanced funds including but not limited to the following: Rent for the Brea Glen home, cell phone bills, V.W. lease payments, fully paid for truck, other loan payments, school expenses, credit card payments, insurance payments, as needed living expenses and all other expenses for Ruth's sole use and benefit.

B. No interest if paid in one year from the date of the closing of the advancement of said funds that where for Ruth's sole use and benefit.

C. The agreement contemplated a settlement of a final billing with summery of the advanced funds received by Ruth, to be made payable to the Anderws Childrens Trust.

D. The agreement contemplated a payment was to be received by an expectancy form Ruth's stepfathers estate, that was to be paid to Ruth.

47. This agreement was changed with newer terms to cover the Brea Glen home and other terms where added to cover a upcoming settlement on or about October 24, 2019, signed by Ruth and Earl. A true and correct copy of the signed agreement is attached hereto and hereby incorporated as of this reference as Exhibit "*C*".

48. By virtue of Ruth's actions and failures to fulfill on the terms of the agreements, the Plaintiffs have been damaged and continue to be damaged. The Plaintiffs ask that Ruth specifically perform on the terms of the agreement or in alternative for damages according to proof at the time of trail.

### FORTH CAUSE OF ACTION
### BREACH OF CONTRACT IN THE SELLING OF A TOYOTA, AS TO RUTH

49. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

50. On or about July of 2018, Madie purchased a used 2014 Toyota Corolla S from Ruth as the terms set forth in Section 12 through 16 of the General Allegations.

16

Madie made the monthly payments on time every month, with Madie keeping all the terms in accordance to the bill of sale and said agreement.

51. Ruth breached the terms of the agreement by failing and refusing to pay Madie the insurance proceeds received by Ruth from the insurance company representing the equity in the vehicle. Ruth further breached the agreement by failing and refusing to remit to Madie the unearned purchase of the service contracts, which, sums have been paid to Ruth by Landcar Inc.

53 By virtue of Ruth's actions and failures to fulfill on the terms of the agreement, Madie has been damaged and continues to be damaged by not supplying Madie with the funds due or in alternative for damages according to proof at the time of trial.

## FIFTH CAUSE OF ACTION
### ᴵCONVERSION AS TO ALL DEFENDANTS

53. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though dully set forth herein and further allege as follows:

54. Plaintiffs were the rightful owners of personal property, including but not limited to some of the following; Family heirlooms of Jewelry, Dodge 2500, VW Tingan, Chey Colorado Z71, computers, Iphones, back up hard drives and other sundry items, which were entrusted to the Defendants, and each of them, care.

55. Plaintiffs have asked for the said return thereof and/or the status and/or the location of the the said personal property. The Plaintiffs have received no response to the said inquires of the Defendants.

56. Defendants, and each of them, has converted to their own use and enjoyment, said personal property of the Plaintiffs, who are the true owners thereof.

57. Plaintiffs have been deprived of their personal property in the sum total of $110,321.00

58. By virtue of a direct and proximate cause of the actions of the Defendants, the Plaintiffs have been damaged and continue to be damaged, along with beaning

17

deprived of said personal property. It is asked that this Court grant or enforce the return of said property with just compensation for the use thereof and any other relief which the Plaintiffs are entitled to under the law, or the sum total of $110,321.00 and compensatory damages according to proof at trail.

### SIXTH CAUSE OF ACTION
### BREACH OF CONTRACT BY WRONGFUL EVICTION, AS TO ALL DEFENDANTS

59. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of General Allegation as though fully set forth herein and further allege as follows:

60. Plaintiffs where paying certain sums of money for a periodic (month-to-month) tenancy for the use of a residential home at:

    19626 Brea Glen, Santa Ana, CA. 92705 (know was the "Brea Glen" home herein)

61. The term was to continue for the successive periods of the same duration for an indefinite term. The owner of the property could change the price or the terms at the owners whim, with a written (30) days Notice thereof (Cal. Civ. Code §789).

62. Plaintiffs made tender of rent and the Defendants, and each of them, acceptance of the rent for each successive period continued for the same term. A true and correct copy of one of the many checks tendered, is attached hereto and hereby incorporated as of this reference as Exhibit "$\mu$".

63. Although this periodic tenancy is consensual in nature, on July 21, 2019, as stated in section 17 of the General Allegations, a letter   was sent to Ruth and Chris Martinez and is shown as Exhibit "3". The letter   was to let the property owner know that Earl was paying the said rent in good faith and asking, that if needs or a tenancy was to change on the part of the owner to give the notice of "landlord's termination must be preceded by (30) days written notice" (Cal. Civ. Code. §789).

64. However, for reasons unknown to the Plaintiffs, the Defendants, did not give any preceded (30) day Notice to the Plaintiffs and thereby breaching the

agreement that was reached, and wrongfully evicting the Plaintiffs.

65. By virtue of the Defendants actions and failures to fulfill on the terms of the agreement and the law's     of the State of California, the Plaintiffs have been damaged and continues to be damaged. It is asked that this Court give a judgment for the damages according to proof at the time of trial.

## SEVENTH CAUSE OF ACTION
### INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS AS TO ALL DEFENDANTS

66. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

67. The Defendants, and each of them, had oral and written agreements contractual relations, they knew or should have known existed as evidence in the allegations contained herein this action.

68. The Defendants, and each of them, were aware of the agreements and the said contracts along with the said performance thereof and the relationships contained in the said contracts.

69. Each and every named Defendant herein, interfered with all of the said execution, of all the said contracts by intentionally inducing Ruth to act in away that was to her determent, which resulted in the breaching of the said contracts and along with the said agreements therein, not with standing her special confidential fiduciary duties to preform on the said contractual relationship.

70. By virtue of direct and proximate cause of actions by the Defendants, and each of them, and failure to fulfill on the said terms of the agreements, the Plaintiffs have been damaged and continue to be damaged. The Plaintiffs ask that the Defendant specifically perform on the terms of the agreement or in alternative for punitive damages according to proof at time of trial.

## EIGHTH CAUSE OF ACTION
### UNJUST ENRICHMENT AS TO ALL DEFENDANTS

71. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth

herein and further allege as follows:

72. Defendants received a benefit of including, but not limited to the following: sums wrongfully taken from the Plaintiffs, sums of money advanced for their said life stile, received sums of money for the equity on Madie's car, personal property that has been converted to the Defendants own use and enjoyment with any compensation for the said use or return thereof.

73. Defendants freely and willfully though wrongful actions, received monies from the Plaintiffs, along with personal property that has been used their benefit.

74. For the Defendants to retain the said monies and personal property, under the circumstances which they received them would make it inequitable to retain the benefit thereof.

75. The restitution is asked  to restore the Plaintiffs to their prior status, as to not unjustly enrich the Defendants if they were permitted to keep said sums of monies and personal property. "Claims for unjust enrichment can support the imposition of a Constrictive Trust" Rawlings v Rawlings, 240 Pbd 754m 762 (Utah 2019) and Cal. Civ. Code §2224).

76. By virtue of direct and approximate cause of actions of the Defendants and failure to fulfill terms of the agreements, Plaintiffs have been damaged and continue to be damaged. Plaintiffs ask for the imposition of a Constrictive Trust or in alternative for damages according to proof at the time of trial.

### NINTH CAUSE OF ACTION
### REQUEST A IMPOSITION OF CONSTRUCTIVE TRUST UNDER CAL. CIV. CODE §2224

77. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

78. As a result of the breaching of the contracts and conversion, as here in this action alleged as to all cause of action, Plaintiffs request that this Court impose Constrictive Trust against Defendants Ruth's expectancy from the

MJM Estate in an amount sufficient to cover damages as alleged herein this action, to stop unjust enrichment of the Defendants.

79. By virtue of the Defendants, and each of them, actions and conscious wrongdoing, the Plaintiffs have been damaged and continue to be damaged according to proof at time of trial.

### TENTH CAUSE OF ACTION
### BREACHING OF FIDUCIARY DUTIES, AS TO ALL DEFENDANTS

80. The Plaintiffs repeat and reallege each and every allegations contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

81. Each and every Defendant has a fiduciary duty to the Plaintiffs for all the benefit's conferred on them. Additionally, Ruth has a special confidential relationship that existed at the time as a result of her standing in the family for all of the allegations contained herein this action.

82. The Defendants were duty bound to do no harm to the Plaintiffs wrongfully taken sums of money that where due, in addition to said repayments of said funds that where advanced.

83. Each and every Defendant, breached their duties by not repaying sums of funds wrongfully taken and sums rightful advanced by Earl, along with the duties of reasonable care.

84. As a direct and approximate result of breaching of duties by the Defendants, including but not limited to the allegations in this action, the Plaintiffs have been damaged.

85. By virtue of the Defendants actions and conscious wrongdoing the Plaintiffs have been damaged according to proof at time of trail.

### ELEVENTH CAUSE OF ACTION
### BREACHING OF SPOUSAL FIDUCIARY DUTY, AS TO RUTH
### CAL. CIV. CODE §§§ 712, 1100, 3294

86. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 the General Allegations as though fully set forth

herein and further allege as follows:

87. Ruth is occupying a confidential relationship with Tom. Among the allegations contained herein the said complaint, Ruth breach her spousal fiduciary duties. Not only with regards to all the said breaching of said contracts, but additionally the contract to care for a disabled adult husband and the basic care that comes with Tom and Ruth's premarital agreement.

88. Ruth's undertaken of not retuning sums wrongfully taken and sums advanced to her, for her life stile and personal use and enjoyment. Ruth knew or should have known, that Tom was coming home and needed care that she agreed to. By her actions undertaken as fully alleged herein the complaint, Ruth actions made Tom, ineligible to go to home confinement, by not having the home that Earl was advancing rents on. Again, in good faith Earl let Ruth know he would be happy to help find a "suitable home" and "if any thing changes please give us 30 days notice in writing to find a home." In addition to this Ruth has undertaken actions byway of breaching, including but not limited to the following; undertaken actions of infidelity, publicly shaming byway of posting the act on the Internet, taking advantage of Elderly father-in-law, taking advantage of stepchildren in her position of trust and deprived Tom of a family relationship and spousal intimacy.

89. Ruth is duty bound to act at all times in good faith and to have fair dealings with actions that are not taken for a unfair advantage of Tom or his other family members inside of the maritl relationship, to do "no harm".

90. By virtue of Ruths actions and conscious wrongdoing the Plaintiffs have been damaged and continue to be damaged as a direct and approximate cause and would ask this court for punitive damages according to proof at time of trial.

## TWELFTH CAUSE OF ACTION
### CIVIL CONSPIRACY, AS TO ALL DEFENDANTS

91. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth

herein and further allege as follows:

92. Each and every Defendant worked in concert to asset in breaching of contracts, conversion of personal property, breaching of fiduciary duties, spoucal duties, as all the allegations of events show in the complaint.

93. each and every Defendant knew or should have known of Ruth's obligations to the Plaintiffs. Notwithstanding, each and every Defendant actions where germane with assisting Ruth to move from Brea Glen and hiding personal property, using said vehicles, knowing it is not Ruth's. Along with continued using of funds, that are to be paid back or wrongfully taken from the Plaintiffs and failing to stop the systematic acts said thereof.

94. By virtue of direct and proximate cause of the Defendants actions and conscious wrongdoing the Plaintiffs have been damaged and continue to be damaged. The Plaintiffs ask for punitive damages according to proof at the time of trail.

### THIRTEENTH CAUSE OF ACTION
### FINANCIAL ELDER ABUSE, AS TO ALL DEFENDANTS
### CAL. WELF. AND INST. CODE § 15610

95. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

96. Earl is a 75 year old man and fully trusting, the Defendants, and each of them, and Ruth, as a result of her special position of trust with the said Plaintiffs. Notwithstanding, the Defendants and Ruth did abuse Earl by obtaining funds need and secreting personal property of an "elder", as defined by law.

97. The said actions contained in the complaint out line the wrongfully taken and used funds and personal property, with the full intent to defraud Earl.

98. Each and every Defendant, knew or should have known, that Ruth's wrongful action would result with only one intent to defraud Earl of means and financial support.

99. The allegations clearly show that, each and every Defendant, acted in bad faith by said actions therein, even though at all times Earl made a good faith

2 3

efforts to retain said funds and personal property.

100. By virtue of direct and approximate cause of the Defendants actions and conscious wrongdoing, the Plaintiffs have been damaged and continue to be damaged. The Plaintiffs would ask for damages according to proof at the time of trail.

### FOURTEENTH CAUSE OF ACTION
### ADDING AND ABETTING BREACHING OF FIDUCIARY, AS TO ALL DEFENDANTS

101. The Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 34 of the General Allegations as though fully set forth herein and further allege as follows:

102. Each and every Defendant was, at all times, aware that Ruth was acting on behalf of the Plaintiffs. Each and every Defendant, knew or should have known that Ruth was taken care of agreements for sums of money owed to the Plaintiffs. Defendants knowledge created a fiduciary duty to the Plaintiffs.

103. The Defendants, and each of them, were, at all times aware that their failure to supply support to Ruth for completion of the said agreements, would result in a financial loss to Plaintiff and therefor, leaving them without rightful financial compensation for it.

104. Each and every Defendant, assisted Ruth in her scheme to breach her fiduciary duties to the Plaintiffs by constantly failing to act in good faith and continuing to breach their duty to the Plaintiffs, when Ruth admitted to the duty when Tom email Ruth the question, "did you sign a agreement with Earl last fall?" and Ruth said,"I have signed everything that has been asked especially of it was certified." (see Exhibit "9")

105. By virtue of direct and approximate cause of the actions by the Defendants, and each of them, and failure to fulfill on the said terms of the agreements, the Plaintiffs have been damaged and continue to be damaged. The Plaintiffs ask that the Defendants specifically perform in the terms of the agreement or in alternative for punitive damages according to proof at time of trail.

24

## PRAYER FOR RELIEF

**WHEREFORE:** The Plaintiffs ask for a judgment against the Defendants as follows:

### WITH REGARDS TO ALL CAUSES OF ACTION

A. Specific performance of the contract between the parties.

B. Request a imposition of a constructive trust on the Defendants.

C. Actual and compensatory, with any punitive damages according to proof at trail.

D. Reasonable and actual attorney's fees,

E. All cost related to this suit.

F. Such other further relief that this court deems just and proper.

Respectfully submitted:


Dated: _September / 2020_

By: _____
Thomas E Andrews, In Pro Se
Reg. No. 24601-081
3705 W. Farm Rd.
Lompoc, Ca. 93436


Dated: _9-1-20_

By: _____
Thomas Earl Andrews, In Pro Se
245 N. Main St.
Nephi, Ut. 84648


Dated: _9-8-20_

By: _____
Madison L. Andrews, In Pro Se
5680 W. Barn Rd. Apt. 1- 407
Herriman, UT. 84096


25

EXHIBIT |

Exhibit  I

Checks to Ruthellen Sheflin



**THOMAS ANDREWS**   09-10
245 N. MAIN ST. 801-599-1129
NEPHI, UT 84048

1009
97-7720/3243

DATE 1/10/14

PAY TO THE ORDER OF Ruthellen Sheffin   $ 3000

Three thousand 00/100   DOLLARS

**CYPRUS**
CREDIT UNION
1-800-260-7600
P.O. BOX 9002 • WEST JORDAN, UT 84084-9002

FOR



Date:01-21-2014  Account          Amount:$3,000.00  Serial:1009  TR:324377202  Sequence:32013082  Branch:-
Teller:-  CUID:324377202



CONFIDENTIAL          CYPRUS000996





Date:02-27-2014   Account: ████   Amount:$5,000.00  Serial:1011  TR:324377202  Sequence:32018164  Branch:-
Teller:-  CUID:324377202

CONFIDENTIAL                                                        **CYPRUS001018**



CONFIDENTIAL

CYPRUS001607

Page 59 of 100



**THOMAS ANDREWS**   09-10
245 N. MAIN ST. 801-599-1129
NEPHI, UT 84648

838
97-7720/3243

DATE 4/30/14

PAY TO THE
ORDER OF Ruthellen Andrews          $ 300.00

Three hundred                 ~/100   DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 9002 – WEST JORDAN, UT 84084-9002

FOR _____

⑆324377202⑆ ███ ⑈ 00838



Date:05-02-2014  Account [redacted]  Amount:$300.00  Serial:838  TR:324377202  Sequence:32016454  Branch:-
Teller:-  CUID:324377202



CONFIDENTIAL                          CYPRUS001069

**THOMAS ANDREWS**   09-10
245 N. MAIN ST. 801-699-1129
NEPHI, UT 84648

0974
97-7720/0243

7/29/14   DATE

PAY TO THE
ORDER OF   Ruthellen Sheflin

$ 5,000

Five thousand

DOLLARS

**CYPRUS**
C R E D I T   U N I O N
1-801-260-7600
P.O. BOX 9002 • WEST JORDAN, UT 84084-9002

FOR

⑈324377202⑈        ⑆ 00974



Date:07-29-2014  Account              Amount:$5,000.00  Serial:974  TR:324377202  Sequence:32012684  Branch:-
Teller:-  CUID:324377202

CONFIDENTIAL          CYPRUS001101



**THOMAS ANDREWS**    09-10
245 N. MAIN ST. 801-599-1129
NEPHI, UT 84648

0980
97-7720/3243

DATE 8/31/14

PAY TO THE ORDER OF Ruth Sheflin                                    $ 2,000

Two thousand 00/100                                         DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 9002 • WEST JORDAN, UT 84084-9002

FOR

⑆324377202⑆ ▇▇▇▇▇ ⑈ 00980



Date:09-02-2014  Account:▇▇▇▇  Amount:$2,000.00  Serial:980  TR:324377202  Sequence:32005094  Branch:-
Teller:-  CUID:324377202

CONFIDENTIAL

Page 88 of 99



THOMAS ANDREWS    09-10
245 N. MAIN ST. 801-699-1129
NEPHI, UT 84648

1328
97-7720/3243

9/15/15   DATE

PAY TO THE
ORDER OF   Ruthellen Sheflin   $ 15,000.00

Fifteen thousand   00/100   DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 9002 • WEST JORDAN, UT 84084-9002

FOR

⑆324377202⑈          ⑈01328



Date:09-16-2015  Account          Amount:$15,000.00  Serial:1328  TR:324377202  Sequence:32005478  Branch:
- Teller:-  CUID:324377202

https://imageconnect.suncorp.coop/miswebproxy/afsweb.dll?MfcISAPICommand=Process&_application...  11/12/2015

CYPRUS001466

THOMAS ANDREWS   09-10
245 N. MAIN ST. 801-599-1129
NEPHI, UT 84648

1135

97-7720/2243

2/16/15  DATE

PAY TO THE
ORDER OF   Ruth Sheflin

$ 2,000.00

Two thousand   00/100   DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 9002 • WEST JORDAN, UT 84084-0002

FOR

1: 324377202 1:   01135

Date:02-18-2015   Account:▮▮▮▮   Amount:$2,000.00   Serial:1135   TR:324377202   Sequence:32007488   Branch:-
Teller:-   CUID:324377202



CONFIDENTIAL

CYPRUS001345





Date:03-24-2015  Account: Amount:$9,000.00  Serial:1123  TR:324377202  Sequence:32019844  Branch:-
Teller:-  CUID:324377202

CONFIDENTIAL                                    CYPRUS001365

Page 5 of 99

THOMAS ANDREWS   09-10
245 N. MAIN ST. 801-599-1129
NEPHI, UT 84648

1280
97-7720/3243

4/10/15   DATE

PAY TO THE
ORDER OF   Ruth Sheflin                    $ 3,000.00

Three   thousand              00/100   DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 0002 • WEST JORDAN, UT 84084-9002

FOR

⑆324377202⑈            ⑆ 01280

Date:04-13-2015  Account:          Amount:$3,000.00  Serial:1280  TR:324377202  Sequence:32003480  Branch:-
Teller:- CUID:324377202

CONFIDENTIAL            CYPRUS001383



**THOMAS ANDREWS**   09-10
245 N. MAIN ST. 801-599-1129
NEPHI, UT 84648

1285
97-7720/3243

4/26/15   DATE

PAY TO THE
ORDER OF   Ruthellen Sheffilh   $ 3,000

Three Thousand   00/100   DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 9002 • WEST JORDAN, UT 84084-0002

FOR

⑆324377202⑈ ███████ ⑆ 01285

Date:05-28-2015  Account ████  Amount:$3,000.00  Serial:1285  TR:324377202  Sequence:32015250  Branch:-
Teller:-  CUID:324377202

CONFIDENTIAL

CYPRUS001418

Page 53 of 99





Date:06-23-2015  Account:▮▮▮▮  Amount:$3,000.00  Serial:1287  TR:324377202  Sequence:32020506  Branch:-
Teller:-  CUID:324377202



CONFIDENTIAL                                                     CYPRUS001431

Page 94 of 99

**THOMAS ANDREWS**   09-10
245 N. MAIN ST, 801-599-1129
NEPHI, UT 84648

1410
97-7720/3243

9/22/15 DATE

PAY TO THE
ORDER OF Dotheellen Shirlin        $ 30,000.00

Thirty thousand ∞/100        DOLLARS

CYPRUS
CREDIT UNION
1-801-260-7600
P.O. BOX 9012 • WEST JORDAN, UT 84084 0002

FOR

⑆324377202⑈ ⑆ 01410

1782616295

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 03366
AU 03366

Date:09-23-2015  Account_____  Amount:$30,000.00  Serial:1410  TR:324377202  Sequence:32008520  Branch:
- Teller:-  CUID:324377202

CONFIDENTIAL        CYPRUS001472



CONFIDENTIAL

CYPRUS000074

EXHIBIT 2

## BILL OF SALE

I, Ruthellen Sheflin, do hereby sell my 2014 Toyota Crolla S to Madison L. Andrews. Madison will make the monthly payments on time to Toyota Financial Services. When the said loan is paid in full the Title will then be sent to myself and I will forward to Madison L. Andrews. All rights to the said Vehicle are hereby transferred to Madison L. Andrews, along with the service contracts with the said Vehicle. In consideration of the total balance owned on the car as of July 1, 2018, with Toyota Financial Services.

Signature of seller:

Signature of Buyer:

Dated: July 1, 2018

EXHIBIT 3

**T. EARL ANDREWS, MAc.**
245 North Main St.
Nephi, Utah 84648
(435)-610-0610

July 21, 2019

Via: U.S. Mail

Chris Martinez
11382 Orange Park Blvd.
Orange, CA 92869

re: Memorandum on Rental at 19262 Brea Glen, Santa Ana, CA 92705

Dear Mrs. Martinez,

   This memorandum is been sent to you with regards to my intention
and understanding, that, I have with Ruthellen, my son's wife
(Thomas E Andrews), who also is a tenant at the above named property.
   I have been advancing funds to pay the full rental amount,
on the home for Ruthellen and Tom. Ruthellen and I have a agreement
for her to pay me back the funds from her upcoming expectancy.
   If you are not paid the rent or if you need a rent increase
please fill free to let me know, in addition to Ruth. Also, Tom
will be coming home in the next (12) months for home confinement.
If for any reasons their is a change please let me know in writing
(30) day's so that I can find Ruthellen and Tom a home.

Sincerely,

*T. Earl Andrews*

T. Earl Andrews

CC Ruthellen Sheflin

EXHIBIT 4

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor - 4601 Jamboree Rd., Newport Beach, CA 2660-2595
☐ Lamoreaux - 341 The City Drive, Orange, CA 92868-3205
☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500
☐ West - 8141 13th Street, Westminster, CA 92683-4593

## RECORD SEARCH RESULTS

A search of court records for: ☐ Unlimited Civil ☐ Limited Civil ☐ Small Claims ☐ Family Law ■ Probate
☐ Juvenile ☐ Traffic ☐ Criminal has been completed for the above marked Justice Center.

All databases and indexes were searched and produced the following information:

Name: Robin A Michalski (date of Death: 11/12/1994) ___ DOB: _____ CA Driver's License: _____

■ Records search for: _____ 11/12/1994 _____ through _____ 06/03/2019 _____

■ No record(s) found.

☐ The records you are requesting have been destroyed in accordance with Government Code §68152.

☐ The following court records have been found:

| FILE/VIOLATION/ ISSUE DATE | CASE NUMBER | SHORT TITLE OR CHARGE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ See attachment for additional court records.

DAVID H. YAMASAKI, Clerk of the Court

by: _____
DEPUTY CLERK

Date: _____ 06/04/2019 _____

Court Use Only
L1209 (Rev. January 15, 2015)

**RECORD SEARCH RESULTS**

Government Code §§ 70626-70627

Branch :O25   User :SRES

| | STATE FILE NUMBER | | | | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|---|---|---|

| DECEDENT PERSONAL DATA | 1. NAME OF DECEDENT—FIRST (GIVEN) | | 2. MIDDLE | | | 3. LAST (FAMILY) |
|---|---|---|---|---|---|---|
| | ROBIN | | | | | MICHALSKI |

| | 4. DATE OF BIRTH MM/DD/CCYY | 5. AGE YRS. | IF UNDER 1 YEAR IF UNDER 24 HOURS | 6. SEX | 7. DATE OF DEATH MM/DD/CCYY | 8. HOUR |
|---|---|---|---|---|---|---|
| | 08/10/1951 | 43 | | F | 11/12/1994 | 0930 |

| | 9. STATE OF BIRTH | 10. SOCIAL SECURITY NO. | 11. MILITARY SERVICE | 12. MARITAL STATUS | 13. EDUCATION—YEARS COMPLETED |
|---|---|---|---|---|---|
| | CA | 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 | 19 __ TO 19 __ [X] NONE | MARRIED | 12 |

| | 14. RACE | 15. HISPANIC—SPECIFY | 16. USUAL EMPLOYER |
|---|---|---|---|
| | WHITE | [ ] YES [X] NO | CAL-MAL |

| | 17. OCCUPATION | 18. KIND OF BUSINESS | 19. YEARS IN OCCUPATION |
|---|---|---|---|
| | OFFICE MANAGER | CONSTRUCTION SUPPLIES | 10 |

| USUAL RESIDENCE | 20. RESIDENCE—STREET AND NUMBER OR LOCATION |
|---|---|
| | 12832 MALENA |

| | 21. CITY | 22. COUNTY | 23. ZIP CODE | 24. YRS IN COUNTY | 25. STATE OR FOREIGN COUNTRY |
|---|---|---|---|---|---|
| | SANTA ANA | ORANGE | 92705 | 43 | CA |

| INFORMANT | 26. NAME, RELATIONSHIP | 27. MAILING ADDRESS STREET AND NUMBER OR RURAL ROUTE NUMBER CITY OR TOWN, STATE, ZIP |
|---|---|---|
| | MATTHEW MICHALSKI-HUSBAND | 12832 MALENA, SANTA ANA, CA 92705 |

| SPOUSE AND PARENT INFORMATION | 28. NAME OF SURVIVING SPOUSE—FIRST | 29. MIDDLE | 30. LAST (MAIDEN NAME) |
|---|---|---|---|
| | MATTHEW | J. | MICHALSKI |

| | 31. NAME OF FATHER—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|---|
| | ROBERT | E. | SHEFLIN | CA |

| | 35. NAME OF MOTHER—FIRST | 36. MIDDLE | 37. LAST (MAIDEN) | 38. BIRTH STATE |
|---|---|---|---|---|
| | RUTH | E. | GARBER | OHIO |

| DISPOSITION(S) | 39. DATE MM/DD/CCYY | 40. PLACE OF FINAL DISPOSITION |
|---|---|---|
| | 11/16/1994 | HARBOR LAWN MEMORIAL PARK, COSTA MESA, CA |

| FUNERAL DIRECTOR AND LOCAL REGISTRAR | 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NO. |
|---|---|---|---|
| | BU | NOT EMBALMED | - |

| | 44. NAME OF FUNERAL DIRECTOR | 45. LICENSE NO. | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE MM/DD/CCYY |
|---|---|---|---|
| | HARBOR LAWN MORTUARY | FD 1341 | Bradley T. Bilbert M.D. | 11/15/1994 |

| PLACE OF DEATH | 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. FACILITY OTHER THAN HOSPITAL | 104. COUNTY |
|---|---|---|---|---|
| | OPEN DESERT | [ ] IP [ ] ER/OP [ ] DOA | [ ] COMP. HOSP. [ ] RES. [X] OTHER | RIVERSIDE |

| | 105. STREET ADDRESS—STREET AND NUMBER OR LOCATION | | 106. CITY |
|---|---|---|
| | EAGLE MT. RR. SERVICE RD. APPROX. 6.6 MI S/O I-10 | | CHIRACO SUMMIT |

| CAUSE OF DEATH | 107. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, C, AND D) | | TIME INTERVAL BETWEEN ONSET AND DEATH | 108. DEATH REPORTED TO CORONER |
|---|---|---|---|
| | IMMEDIATE CAUSE (A) FRACTURED NECK | | MINS. | [X] YES [ ] NO   REFERRAL NUMBER 81280 |
| | DUE TO (B) BLUNT FORCE TRAUMA | | MINS. | 109. BIOPSY PERFORMED [ ] YES [X] NO |
| | DUE TO (C) | | | 110. AUTOPSY PERFORMED [X] YES [ ] NO |
| | DUE TO (D) | | | 111. USED IN DETERMINING CAUSE [X] YES [ ] NO |

| | 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 107 |
|---|---|
| | NONE |

| | 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? IF YES, LIST TYPE OF OPERATION AND DATE |
|---|---|
| | NO |

| PHYSICIAN'S CERTIFICATION | 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. DECEDENT ATTENDED SINCE / DECEDENT LAST SEEN ALIVE / MM/DD/CCYY MM/DD/CCYY | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NO. | 117. DATE MM/DD/CCYY |
|---|---|---|---|---|
| | | | | |
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS   ZIP | | | |

| CORONER'S USE ONLY | I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURY AT WORK [ ] YES [X] NO | 121. INJURY DATE MM/DD/CCYY | 122. HOUR APPROX. | 123. PLACE OF INJURY |
|---|---|---|---|---|---|
| | 119. MANNER OF DEATH | | 11/12/1994 | 0930 | OPEN DESERT |
| | [ ] NATURAL [ ] SUICIDE [ ] HOMICIDE [X] ACCIDENT [ ] PENDING INVESTIGATION [ ] COULD NOT BE DETERMINED | 124. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY) SUBJ. WAS PASSENGER IN SANDRAIL, FLIPPED AND ROLLED, EJECTED, NO SAFETY RESTRAINTS. | | | |
| | 125. LOCATION (STREET AND NUMBER OR LOCATION AND CITY AND ZIP CODE) EAGLE MT. RR. SERVICE RD. APPROX. 6.6 MI S/O I-10, CHIRACO SUMMIT | | | | |

| | 126. SIGNATURE OF CORONER OR DEPUTY CORONER | 127. DATE MM/DD/CCYY | 128. TYPED NAME, TITLE OF CORONER OR DEPUTY CORONER |
|---|---|---|---|
| | Michael A. Werk | 11/14/1994 | MICHAEL A. WERK, DEPUTY CORONER |

| STATE REGISTRAR | A. | B. | C. | D. | E. | F. | G. | H. | | FAX AUTH. # | | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate
is attached is certified to be a full,
true and correct copy of the original
on file and of record in my office.

FRANK K. JOHNSON, COUNTY RECORDER
County of Riverside, State of California

**DEC 0 8 1995**

Dated:

Certification must be in red to be a
'CERTIFIED COPY"

Order No.
Escrow No.
Loan No.

WHEN RECORDED MAIL TO:

Matthew J. Michalski
12832 Malena Drive
Santa Ana, CA  92705

Recorded in the County of Orange, California
Gary L. Granville, Clerk/Recorder
16.00
19960010246 2:28pm 01/08/96
004  9002475 05 28
A09 4.11 0.00 7.00 9.00 0.00 0.00 0.00 0.00
0.00 0.50

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## AFFIDAVIT — DEATH OF JOINT TENANT

STATE OF CALIFORNIA
COUNTY OF    ORANGE                    } ss.

MATTHEW J. MICHALSKI                                                    , of legal age, being first duly sworn, deposes and says:

That ROBIN ANN MICHALSKI                                              , the decedent mentioned in the attached certified copy of

Certificate of Death is the same person as Robin Ann Michalski

named as one of the parties in that certain QUITCLAIM DEED            dated June 29, 1993

executed by an unmarried man and MATTHEW J. MICHALSKI, a married man who acquired title as MATTHEW J. MICHALSKI,

to  Matthew J. Michalski and Robin Ann Michalski Trustees of the
MATTHEW J. MICHALSKI and ROBIN ANN MICHALSKI, husband and wife

as joint tenants, recorded as Instrument No. 93-0444841

Book 93-0444841, Page ____, of Official Records of          Orange          on    July 2, 1993          in

covering the following described property situated in the County of          Orange          County, California,

an undivided 1/26th interest in and to Lot 1 of Tract No. 10281 in the City of Tustin,
County of Orange, State of California, as per map recorded in Book 469, Pages 48 through
50 inclusive of Miscellaneous Maps, in the office of the County Recorder of said County,
more fully described in Exhibit "A" attached hereto and made a part hereof.

Dated  DECEMBER  5, 1995                                    _____
                                                            Matthew J. Michalski

SUBSCRIBED AND SWORN TO before me, the undersigned,

a Notary Public in and for said State,

this   5th   day of  DECEMBER  1995

WITNESS my hand and official seal.

Signature _____

Victor A. Gorham
Name (Typed or Printed)

VICTOR A. GORHAM
COMM. #971105
Notary Public — California
ORANGE COUNTY
My Comm. Expires SEP 1, 1996

(This area for official notarial seal)

1160 (1/04)



**EXHIBIT "A"**

<u>PARCEL 1:</u>

AN UNDIVIDED 1/26TH INTEREST IN AND TO LOT 1 OF TRACT NO. 10281, IN THE CITY OF TUSTIN, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 469, PAGE(S) 48 THROUGH 50 INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM UNITS 1 THROUGH 26 INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM PLAN RECORDED IN BOOK 13881, PAGE 1779 OF OFFICIAL RECORDS OF ORANGE COUNTY.

<u>PAGE 2:</u>

UNIT 22 AS SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

Matthew J. Michalski

RECORDING REQUESTED BY
CONTINENTAL LAWYERS TITLE CO.

ORDER #
ESCROW # 7964-H

WHEN RECORDED MAIL TO:

Matthew J. Michalski
Robin A. Michalski
1283 Malena Drive
Santa Ana, CA 92701

MAIL TAX STATEMENTS TO:

Matthew J. Michalski
Robin A. Michalski
same as above

094 331 06

**DOC # 93-0516753**
**03-AUG-1993    08:00 AM**

Recorded in Official Records
of Orange County, California
Lee A. Branch, County Recorder
Page 1 of 1    Fees: $         5.00
                      Tax: $       253.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $253.00
(X) computed on full value of property conveyed, or
( ) computed on full value less value of liens and encumbrances remaining at time of sale
( ) Unincorporated area:  (X) City of Santa Ana

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged:

Gary A. Pitts and Christina J. Pitts, husband and wife

hereby GRANT(S) TO

Matthew J. Michalski and Robin A. Michalski, husband and wife as joint tenants

that property in ORANGE County, State of California, described as:

Lot 14 of Tract 1896, shown on a Map thereof, recorded in Book 53, Page 26 inclusive of
Miscellaneous Maps, in the office of the County Recorder of ORANGE County.

Date:  July 7, 1993

Gary A. Pitts

STATE OF CALIFORNIA        )
COUNTY OF  Orange          )

Christina J. Pitts

On  July 16, 1993          before me,  the undersigned         ,
personally appeared    Gary A. Pitts and Christina J. Pitts xx    ,
                          personally known to me xxxxxxxxxx proved
to  me on the basis of satisfactory evidence) to be the person(s)
whose name(s)  is/are  subscribed  to  the  within instrument  and
acknowledged   to  me  that  he/she/they  executed  the  same   in
his/her/their authorized capacity(ies), and that by his/her  their
signature(s)  on the instrument the person(s) or  the  entity upon
behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature
            Name (typed or printed

OFFICIAL NOTARY SEAL
H B ROHRER
Notary Public — California
ORANGE COUNTY
My Comm Exp.   JUL 11,1996

## SURETEC INSURANCE COMPANY

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR COUNTY OF ORANGE

BOND NO. _____

**JAN 1 4 2019**

DAVID H YAMASAKI, Clerk of the Court

BY: ___C. SOLARES___ ,DEPUTY

### IN THE MATTER OF

**THE ESTATE OF**

**MATTHEW MICHALSKI**

Case Number 30-2018-01029346-PR-PW-CJC

All Papers and notices may be served at
**SURETEC**
3131 Camino de Rio North,#1450
San Diego, CA 92108

☑ **Bond upon Qualifying**   ☐ **Additional Bond**

Premium _____
          Per Annum

**DECEASED**

**KNOWN ALL MEN BY THESE PRESENTS:**

That we, MARGARET M. MICHALSKI as Principal, and the **SURETEC INSURANCE COMPANY** _____ as Surety, are
held and firmly bound unto THE STATE OF CALIFORNIA in the sum of   ********************************
*EIGHT HUNDRED TWENTY TWO THOUSAND EIGHT HUNDRED AND NO/100*********
($822,800.00 ) for which payment, well and truly be made, we bind ourselves, our heirs, executors, successors, and assigns jointly
and severally, firmly by these presents.

**THE CONDITION OF THE ABOVE OBLIGATION IS SUCH THAT,**
**WHEREAS,**   an order was duly made and entered by the SUPERIOR COURT of the State of California, for the County of ORANGE
on December 20, 2018.

☑ Appointing the above Principal EXECUTOR of the estate of MATTHEW MICHALSKI, DECEASED and directing that letters be
issued upon executing a bond according to law in the sum above named.

☐
Directing the said Principal to execute an additional bond according to law in the sum above named.

**NOW, THEREFORE,** if the said Principal shall faithfully execute the duties of the trust according to law, then this obligation
shall be void: otherwise to remain in full force and effect.

Signed and dated at_____ Laguna Niguel , California on __December 20, 2018__
                                    (Place)                                      (Date)

_____
MARGARET M. MICHALSKI as Principal

### SURETEC INSURANCE COMPANY

**IN WITNESS WHEREOF,** The corporate seal and name of said Surety Company is hereto affixed and attested by
JOHN S ROUGH, who declares under penalty of perjury that he is duly authorized Attorney-in-Fact acting under an unrevoked
power of attorney on file with the Clerk of the County in which above entitled Court is located.

By: _____
JOHN S ROUGH                                         Attorney-in-Fact

## BOND UPON QUALIFYING

EXHIBIT 5

6:40

 KIKILYNNSMOM
**Posts**

 **kikilynnsmom** ...



   

Liked by **chrisplambson** and **others**

**kikilynnsmom** Date night

View all 4 comments

**kikilynnsmom** Well I have to let Tom know

3 days ago

    

EXHIBIT 6

THOMAS E ANDREWS, IN PRO SE
Reg: 24601-081
3705 West Farm Rd.
Lompoc, CA 93436

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

|  |  |
|---|---|
| THE ESTATE OF MATTHEW J. MICKALSKI<br><br>FOR THE ESTATE: MARGE MICKALSKI<br>    Excutirx. | ) Case: 30-2018-01029346-PR-CJC<br>)<br>) NOITCE: CLAIMS AGAINST RUTHELLEN<br>) A. SHEFLIN, FEDERAL CASE FILED,<br>) AND MOTION FOR PRELIMINARY<br>) INJUNCTION |

**PLEASE TAKE NOTICE:** To the Court, all parties, and their respective Attorneys of record.

On July 28, 2020, a letter was sent by U.S. Mail, which, gave Notice to Marge M. Michalski, the Executrix for the Estate of Matthew J. Michalski. This letter states that a law suit has been filed in Federal Court in the State of Utah, alleging, Fraud, Breach of Contract, against one of the Beneficiaries of the Estate and Trust under the jurisdiction of this Court.

To wit, Ruthellen A. Sheflin ("Ruth") is noted from the suit, that Ruth pledged her anticipated proceeds from the repayment of sums wrongfully taken from the Plaintiffs.

It is anticipated receiving an interm-order from the Federal Court imposing a Constrictive Trust on the said process. (Cal Civ Code §2224, 15003 (b))

In tell such time, as the Order is attended, this Notice shale put all parties on Notice of the claims against Ruth's interest in the Estate and accordingly disruptions is ask to be done under section of Cal. code 15300 (b) to resolve this matter. A true and correct copy of the letter to the Executrix is attached hereto and hereby incorporated as of this reference as Exhibit "1".

Dated: Aug 1 2020

By: _____
Thomas E. Andrews, In Pro Se

17

EXHIBIT 1

THOMAS E ANDREWS

Reg. No. 24601-081
3705 West Farm Rd.
Lompoc, CA 93463

July 31, 2020                                      VIA U.S. MAIL

Marge Michalski
54 South Mill Plain Rd.
South Deerfield, Ma. 01373

RE: Estate of Matthew J. Michalski

Dear Marge,

Enclosed herewith, please find a copy of a Law suit filed in the Federal Court in the State of Utah, alleging Breach of Contract and Fraud against one of the Beneficiaries of the Estate you administering. To wit, Ruthellen Sheflin, you will note from the suit, that Ruthellen pledged her anticipated proceeds from the Estate as collateral for repayment of sums wrongfully taken, along with the sums advanced from the Plaintiffs.

We anticipate receiving an interim order from the Federal Court imposing a constructive trust apon said proceeds (Cal. Civ. Code §2224).

In tell such time as this Order is attended, this letter shale put you on Notice of the claims against Ruthellen Sheflins' interest in the Estate and accordingly disruptions to her in tell this matter is resolved shale be done at your apparel (Cal. Civ. Code §15300 (b)).

Sincerely,

Thomas Elspet Andrews

CC. W/out Enclosures
Ruthellen Sheflin
Carolin Quist
Madison Andrews
Greg Skordas ESQ

19

## CERTIFICATE OF SERVICE

A true and correct copy of the Notice was mailed to:

Marge Michalski
54 South Sawmill Plain Rd.
South Deerfield, Ma. 01373


Ruthellen Sheflin
PO BOX 385
Orange, CA 92705

Date this 2th day of August, 2020

By: _____
Thomas E Andrews Reg #24601-081
3705 S. Farm Rd.
Lompoc, CA 93436

EXHIBIT 7

THOMAS E ANDREWS, IN PRO SE
Reg:24601-081
3705 W. Farm Rd.
Lompoc, Ca. 93436

### SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

| | |
|---|---|
| THE ESTATE OF MATTHEW J. MICKALSKI | ) Case: 30-2018-01029346-PR-CJC |
| | ) |
| | ) NOTICE: CLAIMS OF UNAURTHORZED |
| MARGE MICKALSKI, | ) CHECKS DEPOSITED IN ACCOUNT OF |
|     Excutrix. | ). MATTHEW J. MICKALSKI |
| | ) |
| | ) |

**PLEASE TAKE NOTICE:** To the Court, all parties, and their respective Attorneys of record.


On Augusts 10, 2020, a letter was sent by U.S. Mail, that, gave Notice to Marge Michalski, the Executrix for the Estate of Matthew J. Michalski. This Letter was a Notice to, said Executrix, that sums where fraudulently deposited into a account at Wellsafargo Bank. It was asked of the Executrix to stipulate to a sum to deposit into the U.S. Federal Court Investment Registry System to cover claims against, Ruthellen Sheflin, for her misconduct.

In tell such time as a stipulation or the Order from the Federal Court in Utah is attended, this is a Notice of claims against the Estate and Ruthellen Sheflin.


Dated: Augusts 10, 2020

By:_____
Thomas E Andrews, In pro se

2 2

**THOMAS E ANDREWS**

Reg. No. 24601-081
3705 West Farm Rd.
Lompoc, CA 93463

Augusts 10, 2020

**VIA U.S. MAIL**

Marge Michalski
54 S. Sawmill Plain Rd.
South Deerfiled, Ma 01373

**RE:** Follow up on the letter dated July 31, 2020

Dear Marge,

Enclosed herewith, please find copies of unauthorized checks, that total a sum as far of $79,000.00. The Sums where fraudulently drawn on a checking account that Ruthellen Sheflin had no signature authority or permission to cash and/or deposit into a account at Wellsfargo Bank. This account is a jointly held account in the name of Matthew J. Michalski and Ruthellen Sheflin. This is a to date total, I still reserve the right to update the sums as for yet discovered sums taken.

At this time, I would ask you to stipulate to depositing a sum totaling $250,000.00 into the U.S. Federal Court Investment Registry System to cover claims against, Ruthellen Sheflin, for her missconduct and other allegation in the complaint. This will then keep any fruit of the poisonous tree out the Estate. Additionally, allowing you to move forward with all settlements, with the exception of, Ruthellen Sheflin. In tell such time as I can settle the complaint for her misconducts.

Lastly, in tell such time as a stipulation or the Order is attended, this letter shale put you on Notice of the claims against, Ruthellen Sheflin, and the sums deposited in the Joint account at Wellsfargo Bank. Accordingly disruptions to her in tell this matter is resolved shale be done at your apparel.

Sincerely,

Thomas E Andrews

23

EXHIBIT 8

1133

31-6
1240

T EARL ANDREWS   04-93
WAYNE S ANDREWS
245 N MAIN ST.
NEPHI, UT 84648

DATE 11 Apr 2019

PAY TO THE
ORDER OF ___Thomas E. Andrews___   $ 15,940.77

Fifteen thousand nine hundred forty and 77/100 ___ DOLLARS

ZIONS BANK. | WE HAVENT FORGOTTEN
WHO KEEPS US IN BUSINESS®

1-800-974-8800
zionsbank.com

MEMO Barbara's NVMC insurance   T. Earl Andrews

⑆124000054⑆   5623080⑈   1133

For Deposit Only
Thomas E. Andrews
Mary Toland Custodian

---

**THOMAS E ANDREWS**
11928296

PO 3100   Merrisfield VA 22119-3100

MARK "X" TO CHANGE
ADDRESS/REORDER
ITEMS ON REVERSE ➡

[ ]

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY, DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| | | | | TOTAL |
|---|---|---|---|---|
| 7077095706 | Checking | 15940 77 | | |
| 3097188589 | Savings | 10 00 | | |
| My life insurance | | | | |
| Bar my wife | | | | |
| | | | | 15,940 77 |

40570770957063097188589100000000000000000000000000000000000000000000009

## BARBARA'S INSURANCE MONEY @ DEATH:

| NYLIC POLICY | | PAYMENTS | DEATH BENEFIT | | | | |
|---|---|---|---|---|---|---|---|
| APPROX 3/26 | | | $ 101,416.21 | | | | |
| | | | | | | | |
| | | | | NYLIC | $ | 861.00 | missy/Tom |
| TOM | FINE EARL | $ 10,000.00 | | NYLIC | $ | 134.89 | missy/Tom |
| TOM | PREMIUMS | $ 5,915.73 | | NYLIC | $ | 134.89 | missy/Tom |
| | | | WESTERN UNION | | $ | 209.95 | Tom |
| | | | WESTERN UNION | | $ | 107.95 | Tom |
| | | | WESTERN UNION | | $ | 207.95 | Tom |
| TOM | INTEREST | $ 2,295.05 | ALLY FINANCIAL | | $ | 613.38 | colorado/ruth |
| | | $ 18,210.78 | $ (18,210.78) NFCU | | $ 2,270.01 | $ | 15,940.77 |

T. Earl Andrews MAc

9/17/2019 3:17 PM

Register: USNFCRU checking
From 01/01/2019 through 09/17/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/08/2019 | debit | Harland Clarke | 604.00 Bank Service C... | checks | 9.98 | X | | -9.98 |
| 04/11/2019 | 1133 | Thomas Earl Andrews | Zions First National Ba... | Deposit | | X | 15,930.77 | 15,920.79 |
| 04/19/2019 | debit | Chevron | 602.00 Automobile Ex... | | 40.11 | X | | 15,880.68 |
| 04/21/2019 | 251 | Gregory Skordas | 657 Professional Fees | Retainer Thom... | 2,000.00 | X | | 13,880.68 |
| 04/22/2019 | visa | USAA Insurance | 633.00 Insurance Expe... | | 163.05 | X | | 13,717.63 |
| 04/22/2019 | visa | Dollar | 602.00 Automobile Ex... | | 25.34 | X | | 13,692.29 |
| 04/24/2019 | 252 | Thomas Earl Andrews | Zions First National Ba... | repay western u... | 209.95 | X | | 13,482.34 |
| 04/25/2019 | 276 | US Courts | 657 Professional Fees | | 500.00 | X | | 12,982.34 |
| 04/26/2019 | debit | Courts USDC UT | 657 Professional Fees | | 400.00 | X | | 12,582.34 |
| 04/28/2019 | debit | Office Depot | 649.00 Office Supplies | | 101.00 | | | 12,481.34 |
| 04/28/2019 | visa | Don Jose' | 643.00 Meals & Entert... | | 24.76 | X | | 12,456.58 |
| 04/28/2019 | visa | Prisoners Resource C... | Dues and Subscriptions | | 160.00 | X | | 12,296.58 |
| 04/29/2019 | dep | USNFCU | -split- | Deposit | | | 0.25 | 12,296.83 |
| 04/29/2019 | visa | Stubhub | Medical Expenses & T... | | 886.21 | X | | 11,410.62 |
| 04/29/2019 | 254 | US Courts | 657 Professional Fees | Fees Ludlow et... | 400.00 | X | | 11,010.62 |
| 04/30/2019 | dep | NFCU | Dividends | Deposit | | | 0.33 | 11,010.95 |
| 04/30/2019 | debit | Stubhub | Medical Expenses & T... | | 886.21 | X | | 10,124.74 |
| 04/30/2019 | debit | witholding | IRS withholding tax | | 0.08 | X | | 10,124.66 |
| 04/30/2019 | debit | Costco | food | | 248.94 | X | | 9,875.72 |
| 04/30/2019 | 253 | Ally Financial Credit | -split- | | 609.38 | X | | 9,266.34 |
| 05/01/2019 | visa | Costco | food | | 248.94 | X | | 9,017.40 |
| 05/06/2019 | visa | Amore Pizza | food | | 12.55 | X | | 9,004.85 |
| 05/06/2019 | visa | Albertsons | food | | 13.69 | X | | 8,991.16 |
| 05/06/2019 | visa | Albertsons | food | | 30.61 | X | | 8,960.55 |
| 05/06/2019 | visa | ARCO | Travel Expense | | 69.55 | X | | 8,891.00 |
| 05/06/2019 | visa | Office Depot | 649.00 Office Supplies | | 100.28 | X | | 8,790.72 |
| 05/06/2019 | visa | Nielsens Market | food | | 103.71 | X | | 8,687.01 |
| 05/07/2019 | visa | Albertsons | food | | 21.47 | X | | 8,665.54 |
| 05/07/2019 | visa | Office Depot | 649.00 Office Supplies | | 430.99 | X | | 8,234.55 |
| 05/07/2019 | visa | Dominos | food | | 31.54 | X | | 8,203.01 |
| 05/07/2019 | visa | Holiday Inn Express | Travel Expense | | 356.16 | X | | 7,846.85 |
| 05/08/2019 | visa | Sprouts farmers | food | | 19.81 | X | | 7,827.04 |
| 05/09/2019 | visa | Target | 672.00 Repairs & Main... | | 7.66 | X | | 7,819.38 |
| 05/09/2019 | visa | SELMAN CHEVY | Automobile Expense | | 130.39 | X | | 7,688.99 |
| 05/09/2019 | 253 | Ally Financial Credit | -split- | chevy colorado... | 609.38 | X | | 7,079.61 |
| 05/10/2019 | visa | Albertsons | food | | 182.18 | X | | 6,897.43 |
| 05/10/2019 | VISA | Del Taco | food | | 5.05 | X | | 6,892.38 |
| 05/13/2019 | visa | Michaels | 672.00 Repairs & Main... | | 36.72 | X | | 6,855.66 |
| 05/13/2019 | visa | Sprouts farmers | food | | 39.71 | X | | 6,815.95 |
| 05/13/2019 | visa | trader joes | food | | 82.25 | X | | 6,733.70 |

8

T. Earl Andrews MAc

9/17/2019 3:17 PM

Register: USNFCRU checking

From 01/01/2019 through 09/17/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/13/2019 | visa | USPS | 665.00 Postage & Deli... | | 1.45 | X | | 6,732.25 |
| 05/15/2019 | visa | Staterbros | food | | 7.98 | X | | 6,724.27 |
| 05/15/2019 | visa | Home Depot | 672.00 Repairs & Main... | | 34.42 | X | | 6,689.85 |
| 05/16/2019 | visa | Albertsons | food | | 169.51 | X | | 6,520.34 |
| 05/16/2019 | visa | USAA Insurance | 633.00 Insurance Expe... | | 16.30 | X | | 6,504.04 |
| 05/16/2019 | visa | USAA Insurance | 633.00 Insurance Expe... | | 32.61 | X | | 6,471.43 |
| 05/16/2019 | visa | Rollins checkpoint toll | 602.00 Automobile Ex... | | 104.94 | X | | 6,366.49 |
| 05/17/2019 | visa | RiteAid | Medical Expenses & T... | | 20.99 | X | | 6,345.50 |
| 05/17/2019 | 326 | Albertsons | food | | 169.50 | X | | 6,176.00 |
| 05/20/2019 | visa | McDonalds | 643.00 Meals & Entert... | | 6.46 | X | | 6,169.54 |
| 05/20/2019 | visa | online moneygram | Continuing Education | | 309.95 | X | | 5,859.59 |
| 05/20/2019 | visa | Sprouts farmers | food | | 75.50 | X | | 5,784.09 |
| 05/21/2019 | visa | circcleK | food | | 79.16 | X | | 5,704.93 |
| 05/21/2019 | visa | Costco | food | | 266.63 | X | | 5,438.30 |
| 05/22/2019 | visa | Cox OR Pharmacy | Medical Expenses & T... | | 351.46 | X | | 5,086.84 |
| 05/28/2019 | debit | USPS | 665.00 Postage & Deli... | | 2.05 | X | | 5,084.79 |
| 05/28/2019 | debit | Amore Pizza | food | | 7.50 | X | | 5,077.29 |
| 05/28/2019 | debit | McDonalds | 643.00 Meals & Entert... | | 8.40 | X | | 5,068.89 |
| 05/28/2019 | debit | Home Depot | 672.00 Repairs & Main... | | 9.57 | X | | 5,059.32 |
| 05/28/2019 | debit | blaze pizza | food | | 11.08 | X | | 5,048.24 |
| 05/28/2019 | debit | 7-11 | Meals and Entertainment | | 13.53 | X | | 5,034.71 |
| 05/28/2019 | debit | hobby lobby | 643.00 Meals & Entert... | | 17.27 | X | | 5,017.44 |
| 05/28/2019 | debit | Amore Pizza | food | | 21.40 | X | | 4,996.04 |
| 05/28/2019 | debit | Sprouts farmers | food | | 43.12 | X | | 4,952.92 |
| 05/28/2019 | debit | 7-11 | Meals and Entertainment | | 67.24 | X | | 4,885.68 |
| 05/28/2019 | debit | avilas el rancho | food | | 75.33 | X | | 4,810.35 |
| 05/28/2019 | debit | victoria's secret | Clothes | | 91.57 | X | | 4,718.78 |
| 05/28/2019 | debit | incfile com llc | 625.00 Dues & Subscri... | | 304.00 | X | | 4,414.78 |
| 05/28/2019 | debitt | red robin | food | | 21.84 | X | | 4,392.94 |
| 05/28/2019 | debt | Albertsons | food | | 27.84 | X | | 4,365.10 |
| 05/29/2019 | debit | ADT | 617.00 Computer and I... | | 106.67 | X | | 4,258.43 |
| 05/29/2019 | debit | cvs pharmacy | Medical Expenses & T... | | 111.93 | X | | 4,146.50 |
| 05/29/2019 | debit | Albertsons | food | | 117.43 | X | | 4,029.07 |
| 05/29/2019 | debit | incfile com llc | 625.00 Dues & Subscri... | | 303.00 | X | | 3,726.07 |
| 05/30/2019 | debit | Albertsons | food | | 68.94 | X | | 3,657.13 |
| 05/31/2019 | dep | NFCU | Dividends | Deposit | | | 0.34 | 3,657.47 |
| 05/31/2019 | debit | Albertsons | food | | 63.43 | X | | 3,594.04 |
| 05/31/2019 | debit | pineapple hill | food | | 120.36 | X | | 3,473.68 |
| 05/31/2019 | debit | witholding | IRS withholding tax | | 0.08 | X | | 3,473.60 |
| 06/03/2019 | debit | School first of orange... | Continuing Education | Deposit | | X | 163.00 | 3,636.60 |

T. Earl Andrews MAc

9/17/2019 3:17 PM

Register: USNFCRU checking
From 01/01/2019 through 09/17/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/03/2019 | ach | Capital One | 657 Professional Fees | fzd0387hbbbh | 1,500.00 | X | | 2,136.60 |
| 06/03/2019 | atm | School first of orange... | Continuing Education | | 60.00 | X | | 2,076.60 |
| 06/03/2019 | atm | School first of orange... | Continuing Education | | 80.00 | X | | 1,996.60 |
| 06/03/2019 | debit | Chevron | 602.00 Automobile Ex... | | 25.11 | X | | 1,971.49 |
| 06/03/2019 | debit | Don Jose' | 643.00 Meals & Entert... | | 98.43 | X | | 1,873.06 |
| 06/03/2019 | debit | incfile com llc | 625.00 Dues & Subscri... | | 150.00 | X | | 1,723.06 |
| 06/03/2019 | debit | orange olive veternary | Medical Expenses & T... | | 28.80 | X | | 1,694.26 |
| 06/03/2019 | debit | Sprouts farmers | food | | 32.85 | X | | 1,661.41 |
| 06/03/2019 | debit | bed bath & beyond | Repairs and Maintenance | | 35.28 | X | | 1,626.13 |
| 06/04/2019 | debit | serbin and carneli | 602.00 Automobile Ex... | | 78.39 | X | | 1,547.74 |
| 06/04/2019 | debit | Capital One | 684.00 Travel Expenses | | 390.00 | X | | 1,157.74 |
| 06/04/2019 | debit | Costco | food | | 17.21 | X | | 1,140.53 |
| 06/04/2019 | debit | ARCO | Travel Expense | | 96.21 | X | | 1,044.32 |
| 06/04/2019 | debit | ARCO | Automobile Expense | | 75.13 | X | | 969.19 |
| 06/04/2019 | 301 | Gregory Skordas | 657 Professional Fees | | 2,000.00 | X | | -1,030.81 |
| 06/07/2019 | debit | Hooves Liquor | food | | 17.37 | X | | -1,048.18 |
| 06/07/2019 | debit | ADT | 672.00 Repairs & Main... | | 91.85 | X | | -1,140.03 |
| 06/17/2019 | dep | Ruthellen Sheflin | Consulting Income | Deposit | | X | 1,075.63 | -64.40 |
| 06/17/2019 | ach | USAA Insurance | 633.00 Insurance Expe... | | 89.68 | X | | -154.08 |
| 06/17/2019 | debit | Jet Blue | 684.00 Travel Expenses | Ashley to Neph... | 173.30 | X | | -327.38 |
| 06/17/2019 | debit | Chevron | 602.00 Automobile Ex... | | 50.36 | X | | -377.74 |
| 06/17/2019 | debit | Cox OR Pharmacy | Medical Expenses & T... | | 221.81 | X | | -599.55 |
| 06/18/2019 | ach | Ally Financial Credit | -split- | VOID: GJE, R... | | X | | -599.55 |
| 06/20/2019 | ach | Ally Financial Credit | -split- | VOID: | | X | | -599.55 |
| 06/21/2019 | debit | willis tower | 657 Professional Fees | | 4.41 | X | | -603.96 |
| 06/21/2019 | debit | Starbucks | 643.00 Meals & Entert... | | 25.24 | X | | -629.20 |
| 06/28/2019 | dep | U S Navy Federal Cr... | Dividends | Deposit | | X | 0.07 | -629.13 |
| 06/28/2019 | visa | Home Depot | 672.00 Repairs & Main... | | 11.34 | X | | -640.47 |
| 07/02/2019 | ach | USAA Insurance | 633.00 Insurance Expe... | | 89.68 | X | | -730.15 |
| 07/02/2019 | visa | nebo market | food | | 32.49 | X | | -762.64 |
| 07/03/2019 | visa | Laguna Beach | food | | 2.00 | X | | -764.64 |
| 07/03/2019 | visa | Del Taco | food | | 9.45 | X | | -774.09 |
| 07/03/2019 | VISA | Laguna Beach | food | | 9.00 | X | | -783.09 |
| 07/03/2019 | 1001 | The Toll Roads | 602.00 Automobile Ex... | | 11.01 | X | | -794.10 |
| 07/03/2019 | 1002 | The Toll Roads | 602.00 Automobile Ex... | | 5.72 | X | | -799.82 |
| 07/03/2019 | 1003 | Thomas Earl Andrews | Bank Service Charges | returned check ... | 29.00 | X | | -828.82 |
| 07/08/2019 | debit | City of Laguna Beach | 602.00 Automobile Ex... | | 10.50 | X | | -839.32 |
| 07/08/2019 | debit | Incfile.com | 649.00 Office Supplies | | 29.00 | X | | -868.32 |
| 07/08/2019 | deit | Staterbros | food | | 29.85 | X | | -898.17 |
| 07/08/2019 | 1005 | The Toll Roads | 602.00 Automobile Ex... | | 2.54 | X | | -900.71 |

1 0

T. Earl Andrews MAc

9/17/2019 3:17 PM

Register: USNFCRU checking
From 01/01/2019 through 09/17/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/09/2019 | debit | adsecurity myadi | Advertising and Promo... | | 52.99 | X | | -953.70 |
| 07/09/2019 | debit | ARCO | Travel Expense | | 63.06 | X | | -1,016.76 |
| 07/11/2019 | 1004 | Ally Financial Credit | -split- | | 609.38 | X | | -1,626.14 |
| 07/18/2019 | ach | USAA Insurance | 633.00 Insurance Expe... | | 97.83 | X | | -1,723.97 |
| 07/18/2019 | debit | Cox OR Pharmacy | Medical Expenses & T... | | 192.84 | X | | -1,916.81 |
| 07/18/2019 | debit | Premier Foods | food | | 7.95 | X | | -1,924.76 |
| 07/19/2019 | dep | School first of orange... | Consulting Income | Deposit | | X | 200.00 | -1,724.76 |
| 08/02/2019 | ach | USAA Insurance | 633.00 Insurance Expe... | | 97.82 | X | | -1,822.58 |
| 08/05/2019 | debit | incfile com llc | 625.00 Dues & Subscri... | | 29.00 | X | | -1,851.58 |
| 08/05/2019 | debit | adsecurity myadi | Advertising and Promo... | | 52.99 | X | | -1,904.57 |
| 08/05/2019 | Trnsf | | USNFCRU savings | Funds Transfer | | X | 8.80 | -1,895.77 |
| 08/19/2019 | dep | School first of orange... | Consulting Income | Deposit | | X | 100.00 | -1,795.77 |
| 08/19/2019 | debit | USNFCU | 604.00 Bank Service C... | nsf | 29.00 | X | | -1,824.77 |
| 08/23/2019 | dep | School first of orange... | Consulting Income | Deposit | | X | 100.00 | -1,724.77 |
| 08/23/2019 | debit | USNFCU | 604.00 Bank Service C... | nsf | 29.00 | X | | -1,753.77 |
| 09/06/2019 | Trnsf | savings | USNFCRU savings | Deposit | | X | 69.50 | -1,684.27 |

1 1

 **verizon**✓   Billing period May 1, 2018 to May 30, 2018  |  Account # 673350051-00001  |  Invoice # 9100016682

# You've got options.

## We have all sorts of ways to pay so that you can pick the one that's right for you.

 **Pay with the My Verizon app**
You can download the My Verizon app in both the App Store and Google Play.

 **Pay online at vzw.com**
Go to vzw.com and sign in to My Verizon to pay your bill online.

 **Pay by phone: #PMT (#768)**
Simply dial #PMT on your phone and follow the instructions to pay.

### Splitting the bill?

Here are your charges by line and Account charges and credits separated out.

| | |
|---|---|
| Balance past due | $563.00 |
| Account charges and credits | -$14.80 |
| Thomas Andrews 435.610.0610 | $107.53 |
| Thomas Andrews 435.610.0614 | $41.12 |
| Thomas Andrews 435.610.6683 | $20.08 |
| Thomas Andrews 435.610.6734 | $31.02 |
| Thomas Andrews 435.660.6457 | $119.75 |
| Thomas Andrews 657.266.7500 | $63.02 |
| Thomas Andrews 714.396.3939 | $96.77 |

**$1,027.49**

To see a full breakdown of charges per line, view your bill in My Verizon.

---

**verizon**✓

THOMAS E ANDREWS
245N N MAIN ST
NEPHI, UT 84648-1413

**Bill date** May 30, 2018
**Account number** 673350051-00001
**Invoice number** 9100016682

### Total Amount Due

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$1,027.49**

$ ☐ , ☐ ☐ ☐ . ☐ ☐

PO BOX 660108
DALLAS, TX 75266-0108

9100016682010673350051000010000007969900000102749□

# Account Statement



**Volkswagen Credit**

## Summary of Charges

| | |
|---|---|
| **Total Amount Due:** | **$331.90** |
| Payment Due Date: | July 25, 2018 |
| Base Payment: | $313.26 |
| Sales/Use Tax: | $18.64 |

## Important Messages

Included is our updated Privacy Policy. Federal regulations require an annual distribution to all customers. We thank you for you continued business.

One small change can have a big impact. Go Paperless. Login to **vwcredit.com/myaccount** and click Go Paperless.

If you choose to purchase your leased vehicle at the end of the lease, please be advised that VW Credit Leasing, Ltd. has assigned its rights, but not its obligations, in the sales transaction agreement of the leased vehicle to VCI Account Services, LLC.

Ready for the quickest way to manage your Volkswagen Credit account? Visit **vwcredit.com/myaccount** to make payments, change personal info and more. Test drive it today.

## Account Information*

| | |
|---|---|
| Account Number: | 8111828138 |
| Customer(s): | Thomas Andrews |
| | Madison Andrews |
| Vehicle: | 2018 Volkswagen |
| Garaging Location: | Nephi, UT |
| | |
| Payments Made | 1 |
| Payments Remaining | 35 |
| Payment Received 06/25/2018 | $334.72 |
| **Current Balance\*\*** | **$11,616.50** |

*Amounts may not reflect payments made after 07/02/2018
**Current Balance is not a payoff. Please contact Customer Service for an accurate payoff amount.

## Account Management

**Customer Service: (800) 428-4034**
Automated response 24 hours a day, 7 days a week
Representatives available weekdays from 8 a.m. to 10 p.m. (Eastern)



**Never slow down with secure, convenient 24/7 account access.**
Sign up or log in at vwcredit.com/myaccount.

## Payment Options



**Automatic Payments**
Automatic withdrawals from your bank account.
Sign up at vwcredit.com/myaccount



**Online Payment**
Pay online at vwcredit.com/myaccount.



**Payment by Phone**
Call us at (800) 428-4034 and be sure to have a personal check available.

See reverse for details and additional payment methods.

VW Credit, Inc. (dba Volkswagen Credit) is a service for VW Credit Leasing, Ltd. and VCI Loan Services, LLC.

---

Please return this portion of the invoice with your payment. Allow 5-7 days for mailing to ensure payment is delivered by the due date.
To avoid delays in handling, please do not include correspondence with your payment.

| | |
|---|---|
| **Total Amount Due** | $331.90 |
| Payment Due Date | July 25, 2018 |
| Account Number | 8111828138 |

Please print your account number on your check and make payable to:

7/3/18 2:18 PM 1  8036839 20180714 NG48P102 VC0IN/01 1 sc DGM NG48P10000* 187982 IN



THOMAS ANDREWS
245 N MAIN ST
NEPHI UT 84648-1413



VOLKSWAGEN CREDIT
PO BOX 5215
CAROL STREAM IL  60197-5215

7000081118281380 0003319001

EXHIBIT 9

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: Andrews, Ruth
TO: 24601081
SUBJECT: Message from 188#7143963939
DATE: 08/07/2020 12:36:11 PM

I have no idea.  He is on a navy federal account with me but that's not where any of his money goes that's just mine

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: RE: Message from 188#7143963939
DATE: 08/10/2020 05:33:02 PM

Did you make the turck payments or the month of july? I need to talk to you this week when is a good time to call?
-----Andrews, Ruth on 8/7/2020 12:36 PM wrote:

>

I have no idea.  He is on a navy federal account with me but that's not where any of his money goes that's just mine

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: RE: Message from 188#7143963939
DATE: 08/07/2020 05:55:52 PM

Okay thank you. Thats know of what I tought. I will call my sister again. When is a good tme next week to talk? I have m 8:-
10:30 tuseday 1- 2:30 wed 8-10 thrs 8-10 fri 8-10 Hows yoou weekend?
-----Andrews, Ruth on 8/7/2020 12:36 PM wrote:

>

I have no idea.  He is on a navy federal account with me but that's not where any of his money goes that's just mine

1 3

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

------------------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: 188#7143963939
DATE: 08/14/2020 09:55:09 AM


no sale, on talking over the phone about things related to my dad this week? I only have aunt chris address and Shan and Kari's physical address. I need your's or I will just have Mr. Wright send papers there. Thanks Tom

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

-----------------------------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: 188#7143963939
DATE: 08/18/2020 05:45:23 PM


Did you make the last two truck payments? Thanks Tom

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------------------------------------

FROM: Andrews, Ruth
TO: 24601081
SUBJECT: Message from 188#7143963939
DATE: 08/21/2020 11:21:15 AM

Unemployment right now, but I go back to work Sunday

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: Andrews, Ruth
TO: 24601081
SUBJECT: Message from 188#7143963939
DATE: 08/23/2020 08:36:05 PM

I don't have any checks  I don't think I'm on any accounts. If I am I haven't spent any money from them

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: 188#7143963939
DATE: 08/22/2020 05:15:51 PM


Are you paying the insurance or is it auto paying out of Mt America?

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: RE: Message from 188#7143963939
DATE: 08/22/2020 05:13:55 PM

Did you pay the truck out of your own funds or did it auto pay out of Mt. America?
-----Andrews, Ruth on 8/21/2020 11:21 AM wrote:

>

Unemployment right now, but I go back to work Sunday

TRULINCS 24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: RE: Message from 188#7143963939
DATE: 08/23/2020 05:46:29 PM

I know that  it will be asked about "your money" So I will cut to the chase, please send me copy's of the payments, that way I ~~████████████████████████~~. Do you have checks for MT America? I thought you are on the account too? Thanks from getting back to me, so that I have answers for my family. Love ya

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

---------------------------------------------------------------------------------------------

FROM: 24601081
TO: Andrews, Ruth
SUBJECT: RE: Message from 188#7143963939
DATE: 08/24/2020 07:56:49 PM

Ruth, It looks like you are on, NAVY CU, MT AMERICA, not ZIONS BANK, CASH VALLEY BANK, WELLSFAGO BANK,
CYPUS CREDIT U. Dose that sound right?
-----Andrews, Ruth on 8/23/2020 8:36 PM wrote:

>

I don't have any checks  I don't think I'm on any accounts. If I am I haven't spent any money from them

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

--------------------------------------------------------------------------------

FROM: Andrews, Ruth
TO: 24601081
SUBJECT: Message from 188#7143963939
DATE: 08/27/2020 06:06:13 PM

I have signed everything that has been asked especially if it was certified

TRULINCS  24601081 - ANDREWS, THOMAS EDWARD - Unit: LOM-A-A

----------------------------------------------------------------------------------------------------

FROM: Andrews, Ruth
TO: 24601081
SUBJECT: Message from 188#7143963939
DATE: 08/28/2020 09:06:07 AM

I do not live at aunt Chris house. I have not been there at all. She had my sister there. My stuff is in storage if you must know.  I don't know what fucking information you are talking about. Earl was the only one who has said anything about you getting out. I never got any paperwork about it.  Go ahead and sue me if you have other better todo. I had COVID and was out of the country. Also lost my job and my cell phone was shut off. I couldn't have told you even if I knew something

EXHIBIT  11



**Santa Ana**
Federal Credit Union

## Amount

1500.00

## Posting Date

03/06/2018

## Front

RUTHELLEN A SHEFLIN
THOMAS E ANDREWS
12832 MALENA
SANTA ANA, CA 92705

90-8202/3222                    205

DATE 3/1/18

PAY TO THE ORDER OF  Chris Martinez        $ 1,500·00

One thousand five hundred 00/100 DOLLARS

SANTA ANA FEDERAL CREDIT UNION
800 West Santa Ana Boulevard
Santa Ana, California 92701

MEMO  Rent

⑆322282027⑆0199531⑈        0205

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT REACTIVE INK. DETAILS ON BACK

## Back

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

